Nels Larson, appellee, v. Chicago Street Railway Company and Chicago Railways Company, operating under name of Chicago Surface Lines, appellants. Gen. No. 24,865.

Action to recover for personal injuries sustained in collision of street car with truck. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles H. Bowles, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed March 18, 1920.

Frank L. Kriete and William H. Symmes, for appellants; J. R. Guilliams and P. L. McArdle, of counsel. Harry P. Gabel and James V. Cunningham, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Unity I. McKenna, appellee, v. Chicago City Railways Company, appellant. Gen. No. 24,713.

Action to recover for personal injury to pedestrian struck by street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed March 18, 1920. Rehearing denied April 20, 1920.

Charles Le Roy Brown, for appellant; John R. Guilliams and John E. Kehoe, of counsel. James C. McShane, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Laura E. Ashleman, appellee, v. Chicago & West Towns Railway Company, appellant. Gen. No. 24,750.

Action to recover for personal injuries to street car passenger by being thrown from car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed March 18, 1920. Rehearing denied March 31, 1920.

Willard M. McEwen, for appellant. Francis J. Woolley, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Barbara Grant, appellee, v. Ward Baking Company, appellant. Gen. No. 24,762.

Action to recover for personal injuries by being struck by truck. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed March 18, 1920. Certiorari denied by Supreme Court (making opinion final).

Wilkerson, Cassels & Potter, for appellant; Ralph F. Potter, of counsel. Charles C. Spencer, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.